LAW LIBRARY

NO. 28928

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GERALDINE CVITANOVICH-DUBIE, now known as
GERALDINE CVITANOVICH, Petitioner/Plaintiff-Appellant,

vs.

NANCY DUBIE, Personal Representative of the Estate of George
Patrick Dubie, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D NO. 03-1-3588)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, J., for the court[1])

Petitioner/Plaintiff-Appellant Geraldine Cvitanovich-Dubie's application for writ of certiorari filed on July 29, 2010, is hereby accepted.

DATED:  Honolulu, Hawai'i, September 10, 2010.

FOR THE COURT:

*Max Recktenwald*

Associate Justice



Michael Jay Green,
Howard Glickstein, and
Kimberly A. Van Horn
on the application for
petitioner/plaintiff-
appellant.

---

[1] Considered by: Nakayama, Acting C.J., Acoba, Duffy, and Recktenwald, JJ., and Circuit Judge Perkins in place of Moon, C.J., recused and retired.